UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

---

| | |
|---|---|
| **ELIZABETH PICHLER, RUSSELL CHRISTIAN, SETH NYE, HOLLY MARSTON, KEVIN QUINN, JOSE L. SABASTRO, THOMAS RILEY, AMY RILEY, and RUSSELL DAUBERT**, on behalf of themselves and all others similarly situated, | : : : : : : |
| Plaintiffs, | : 04-CV-2841 |
| v. | : : |
| **UNITE (UNION OF NEEDLETRADES, INDUSTRIAL & TEXTILE EMPLOYEES AFL-CIO)**, a New York unincorporated association, | : : : : |
| Defendant. | : |

---

## ORDER

AND NOW, this _____ day of _____, 2009, upon consideration of Defendant UNITE's Motion for Summary Judgment on the Issue of Punitive Damages and any opposition thereto, it is hereby

ORDERED that Defendant UNITE's Motion for Summary Judgment on the Issue of Punitive Damages is GRANTED; and it is further

ORDERED that summary judgment is entered in favor of Defendant on Plaintiffs' requests for punitive damages.

_____
Stewart Dalzell, J.

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

---

| | | |
|---|---|---|
| ELIZABETH PICHLER, RUSSELL CHRISTIAN, SETH NYE, HOLLY MARSTON, KEVIN QUINN, JOSE L. SABASTRO, THOMAS RILEY, AMY RILEY, and RUSSELL DAUBERT, on behalf of themselves and all others similarly situated, | : : : : : : | |
| Plaintiffs, | : : | 04-CV-2841 |
| v. | : : | |
| UNITE (UNION OF NEEDLETRADES, INDUSTRIAL & TEXTILE EMPLOYEES AFL-CIO), a New York unincorporated association, | : : : : | |
| Defendant. | : | |

---

**UNITE'S MOTION FOR SUMMARY JUDGMENT
ON THE ISSUE OF PUNITIVE DAMAGES**

In accordance with this Court's Order of May 6, 2009 (Docket Entry #272), Defendant UNITE, through its undersigned counsel, respectfully moves this Court for an order of summary judgment in its favor denying plaintiffs' claim for punitive damages. This motion is brought pursuant to Rule 56 of the Federal Rules of Civil Procedure and is supported by the

Memorandum of Law in Support of UNITE's Motion for Summary Judgment on the Issue of Punitive Damages and the accompanying exhibits, which are incorporated herein by reference.

Date:  June 3, 2009

        _s/  Lawrence T. Hoyle_____
Lawrence T. Hoyle, Jr.
Arlene Fickler
Arleigh P. Helfer III
John R. Timmer
Benjamin H. Field
HOYLE, FICKLER, HERSCHEL & MATHES, LLP
One South Broad Street, Suite 1500
Philadelphia, PA 19107

Counsel for Defendant UNITE

**CERTIFICATE OF SERVICE**

I, Benjamin H. Field, hereby certify that on this 3rd day of June, 2009, I caused Defendant UNITE's Motion for Summary Judgment on the Issue of Punitive Damages to be filed using the Court's ECF system. The document is available for viewing and downloading via the ECF system.

In addition, I caused the Memorandum of Law in Support of UNITE's Motion for Summary Judgment on the Issue of Punitive Damages to be filed UNDER SEAL pursuant to the Court's January 7, 2005 Confidentiality Order.

Hardcopies of the foregoing documents were served upon counsel for Plaintiffs in the manner set forth below:

**By Email (without Exhibits) and First Class Mail, Postage Prepaid**

David Picker, Esq.
Paul Rosen, Esq.
SPECTOR GADON & ROSEN, P.C.
1635 Market Street – 7th Floor
Philadelphia, PA 19103

*Attorneys for Plaintiffs*

s/ Benjamin H. Field