```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ELIZABETH PICHLER, et al.      :      CIVIL ACTION
                               :
         v.                    :
                               :
UNITE (UNION OF NEEDLETRADES,  :
INDUSTRIAL & TEXTILE EMPLOYEES :
AFL-CIO), et al.               :      NO. 04-2841
```

                                ORDER

AND NOW, this 11th day of August, 2009, upon consideration of defendant UNITE's motion for reconsideration of our June 5, 2009 Order (docket entry #281), UNITE's motion for summary judgement on the question of multiple statutory damages (docket entry #274), UNITE's motion for summary judgment on the issue of punitive damages (docket entry #275), the plaintiffs' respective responses, and the replies thereto, it is hereby ORDERED that:

      1.   UNITE's motion for reconsideration is DENIED;

      2.   UNITE's motion for summary judgment on the issue of multiple statutory damages is GRANTED as unopposed;

      3.   UNITE's motion for summary judgment on the issue of punitive damages is GRANTED; and

      4.    By August 20, 2009, the parties shall FILE their proposals concerning class-wide relief.[1]

                              BY THE COURT:

                              __\s\Stewart Dalzell

---

[1] This is to say, the usual proposed materials associated with a Rule 23 settlement such as forms of notice and proof of claim forms.  We afford the parties a short deadline given that since August of 2006 they have known we would come to this moment in the drama after the Court of Appeals acted, which it did eleven months ago.  The substance of this paragraph of this Order can therefore hardly come as a surprise.