```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ELIZABETH PICHLER, et al.       :   CIVIL ACTION
                                :
          v.                    :
                                :
UNITE (UNION OF NEEDLETRADES,   :
INDUSTRIAL & TEXTILE EMPLOYEES  :
AFL-CIO)                        :   NO. 04-2841
```

## JUDGMENT

AND NOW, this 22nd day of February, 2011, in accordance with the Memorandum and Order entered this day, JUDGMENT IS ENTERED in favor of the Plaintiff Class and against defendant UNITE (UNION OF NEEDLETRADES, INDUSTRIAL & TEXTILE EMPLOYEES AFL-CIO).

                                        BY THE COURT:

                                        __\s\Stewart Dalzell